834

## 30008. McBRIDE v. THE STATE.

GARDNER, J. The assignment of error on the judgment overruling the motion for new trial is on the general grounds only. The defendant was charged with using obscene, vulgar, and profane language, without provocation, to, of, and in the presence of, a female. The evidence amply sustained the verdict.

Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.

DECIDED FEBRUARY 12, 1943.

W. G. Neville, for plaintiff in error.
Fred T. Lanier, solicitor-general, contra.

## 30019. NASH v. THE STATE.

GARDNER, J. The bill of exceptions assigns error on the overruling of the motion for new trial on the general grounds only, after verdict of guilty of assault with intent to rape. It would be of no benefit to set forth the evidence. It sustained the verdict. The court did not err in overruling the motion for new trial.

Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.

DECIDED FEBRUARY 12, 1943.

J. C. Bowden, for plaintiff in error.
John A. Boykin, solicitor-general, Durwood T. Pye, contra.